**Opinion issued March 25, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-24-00328-CV

_____

**BRYAN C. ABSHIRE, Appellant**

**V.**

**AMANDA A. ABSHIRE, Appellee**

---

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-34135**

---

## MEMORANDUM OPINION

Appellant Bryan C. Abshire filed a motion to dismiss his appeal. The Court held the motion for 10 days, but appellee did not file a response opposing dismissal. *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP.

P. 42.1(a)(1), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.